UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CROWELL,

        Plaintiff,

                                Case No.  15-13825
v.                               District Judge Arthur J. Tarnow
                               Magistrate Judge R. Steven Whalen

BADAWI ABDELLATIF,

        Defendant.

_____/

**ORDER**

Plaintiff Richard Crowell, who is proceeding in this prisoner civil rights case *pro se*, has filed a motion for appointment of counsel [Doc. #23].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases.  Rather, the Court requests members of the bar to assist in  appropriate cases.  In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right.  It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

It is the practice of this Court to defer any attempt to obtain counsel for *pro se* civil rights Plaintiffs until after motions to dismiss or motions for summary judgment have been denied.  At this stage of the proceedings, Plaintiffs' request for counsel is premature.

-1-

Accordingly, Plaintiffs' Motion to Appoint Counsel [Docket #23] is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Date: September 27, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on September 27, 2016, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen