UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CROWELL,

        Plaintiff,

                                        Case No.  15-13825
v.                                  District Judge Arthur J. Tarnow
                                        Magistrate Judge R. Steven Whalen

BADAWI ABDELLATIF, *et al.,*

        Defendant.
_____/

## ORDER

      Before the Court is Plaintiff's Motion to Compel Discovery [Doc. #20]. Plaintiff alleges that Defendant Corizon failed to provide requested discovery regarding, among other things, Corizon's contract with the Michigan Department of Corrections, records of all doctors that Corizon fired within the past five years, and copies of all civil complaints filed against Corizon under 42 U.S.C. § 1983 for the past five years. Plaintiff did not include in his motion a "verbatim recitation of each interrogatory, request, answer, response, and objection" that is the subject of his motion, "or a copy of the actual discovery document which is the subject of the motion," as required by E.D. Mich. L.R. 37.2.

      I have filed a Report and Recommendation, recommending that summary judgment be granted to Defendant Dr. Abdellatif regarding Plaintiff's Eighth Amendment claim, and that summary judgment be granted to Corizon because (a) it is not subject to

-1-

*respondeat superior* liability, and (2) there was no underlying constitutional violation by Dr. Abdellatif. The Plaintiff's motion is therefore not only con-compliant with this Court's Local Rules, but the discovery he requests is irrelevant, and the relief he requests is moot.

    Plaintiff's Motion to Compel Discovery [Doc. #20] is DENIED.

    IT IS SO ORDERED.

                                        s/R. Steven Whalen
                                        R. STEVEN WHALEN
                                        UNITED STATES MAGISTRATE JUDGE

Dated: March 8, 2017

## CERTIFICATE OF SERVICE

    I hereby certify on March 8, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

                                        s/Carolyn Ciesla
                                        Case Manager to
                                        Magistrate Judge R. Steven Whalen