UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD CROWELL,

        Plaintiff,

v.

BADAWI ABDELLATIF, ET AL.

        Defendants.

_____/

Case No. 15-13825

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
R. STEVEN WHALEN

## ORDER ADOPTING REPORT AND RECOMMENDATION [41] AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [27]

Plaintiff Richard Crowell, a Michigan state prisoner, alleges that Defendants Dr. Badawi Abdellatif and his employer, Corizon Health, Inc., acted with blatant deliberate indifference to his well-documented chronic conditions, including (among others) sleep apnea, degenerative disc disease, and irritable bowel syndrome, in violation of the Eighth Amendment's ban on cruel and unusual punishment. Defendants filed a Motion for Summary Judgment [27] on July 18, 2016. The parties have briefed the motion and on March 8, 2017, the Magistrate Judge issued a Report & Recommendation [41] recommending that the Court grant Defendants' Motion for Summary Judgment and dismiss the claims against Defendants with prejudice. No objections were filed.

The Court having reviewed the briefings and the Report and Recommendation [41], the Report and Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendants' Motion for Summary Judgment [27] is **GRANTED**. Plaintiff's claims against Defendants Dr. Badawi Abdellatif and Corizon Health, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

|  |  |
|---|---|
|  | s/Arthur J. Tarnow |
|  | Arthur J. Tarnow |
| Dated: March 29, 2017 | Senior United States District Judge |